# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS RAY PEIKER,<br><br>Defendant. | CR 15-12-H-BMM<br><br><br>ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 26). For good cause shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is DISMISSED with prejudice.

Dated this 8th day of December, 2015.

_____
Brian Morris
United States District Court Judge

1